IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WATERS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STEARNS LENDING, INC.,<br><br>　　　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:10-cv-196 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Paul M. Warner |

　　　This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner under 28 U.S.C. § 636(b)(1)(B). On April 13 2011, the Magistrate Judge issued a Report and Recommendation ("R & R"), recommending that (1) Defendant's motion for summary judgment be granted and that Defendant's motion to dismiss be deemed moot.

　　　In the R & R, Plaintiff was informed that he had 14 days to object or he would waive his objections. To this date, Plaintiff has filed no objection to the R & R. Accordingly, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation. This case is therefore DISMISSED. Each party shall bear its own fees and costs.

　　　SO ORDERED this 10th day of May, 2011.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　United States District Judge