AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Northern Division for the District of Utah

Michael Waters

v.

Stearns Lending Inc

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:10 cv 196 CW

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendant and plaintiff's cause of action is dismissed. Each party will bear its own fees and costs.

May 12, 2011
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk